

# MANDATE

## The Fifteenth Court of Appeals

THE STATE OF TEXAS

TO THE BUSINESS COURT DIVISION 3A OF TRAVIS COUNTY, GREETINGS:

On October 2, 2025, the Court of Appeals for the Fifteenth District of Texas considered the appeal in the following case:

Storable, Inc.; RedNova Labs, Inc. (d/b/a storEDGE); Sitelink Software, LLC; Easy Storage Solutions, LLC; Bader Co.; and Property First Group, LP v. Safelease Insurance Services, LLC

Court of Appeals No. 15-25-00020-CV
Trial Court No. 25-BC03A-0001

The Court of Appeals entered the following judgment or order:

Today the Court heard appellants' motion to dismiss the appeal. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that mandate be issued immediately.

We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**BY ORDER** of the Fifteenth Court of Appeals, with the Seal thereof annexed, at the City of Austin, Texas, this October 2, 2025.

**CHRISTOPHER A. PRINE, CLERK**